Michael N. Feuer, City Attorney (SBN 111529)
Raymond S. Ilgunas, General Counsel (SBN 105874)
Brian Clark Ostler, Deputy City Attorney (SBN 185886)
bostler@lawa.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
1 World Way
P.O. Box 92216
Los Angeles, CA 90009
Tel: (310) 646-5010
Fax: (424) 646-9212

Philip H. Lam, Intellectual Property Counsel (SBN 172428)
phil.lam@lacity.org
Office of the City Attorney Mike Feuer
City of Los Angeles
200 North Main Street, CHE Suite 800
Los Angeles, CA 90012
Tel: (213) 978-2239
Fax: (213) 978-8312

Attorneys for Defendant,
Los Angeles International Airport

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES INTERNATIONAL AIRPORT,<br><br>　　　　Defendant. | Case No. 2:19-cv-10371-JAK-PLA<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:　　　June 8, 2020<br>Time:　　　8:30 a.m.<br>Location:　Courtroom 10B<br>Judge:　　　Hon. John A. Kronstadt |

1 TO PLAINTIFF AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 8, 2020 or as soon thereafter as the matter may be heard, in the United States District Court, Central District of California, Western Division, located at 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, before the Honorable John A. Kronstadt, Defendant Los Angeles International Airport ("LAX"), will move, and hereby does move, for an order dismissing all claims against LAX. This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based on this notice of motion and motion, the supporting memorandum of point and authorities, the pleadings on file in this action, and on such other written or oral argument or evidence as may be presented at or before the time this motion is taken under submission.

On March 4, 2020, counsel for LAX notified plaintiff's counsel that LAX would be filing this motion.

| | | |
|---|---|---|
| 1 | Dated: March 4, 2020 | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Brian Clark Ostler* |
| | | Michael N. Feuer, (SBN 111529) |
| 5 | | Raymond S. Ilgunas, (SBN 105874) |
| 6 | | Brian Clark Ostler, (SBN 185886) |
| 7 | | Philip H. Lam, (SBN 172428) |
| | | 1 World Way |
| 8 | | P.O. Box 92216 |
| | | Los Angeles, CA 90009 |
| 9 | | Tel: (310) 646-5010 |
| 10 | | Fax: (424) 646-9212 |
| 11 | | Philip H. Lam, (SBN 172428) |
| | | phil.lam@lacity.org |
| 12 | | Office of the City Attorney Mike Feuer |
| 13 | | City of Los Angeles |
| | | 200 North Main Street, CHE Suite 800 |
| 14 | | Los Angeles, CA 90012 |
| | | Tel: (213) 978-2239 |
| 15 | | Fax: (213) 978-8312 |
| 16 | | Attorneys for Defendant, LOS ANGELES |
| 17 | | INTERNATIONAL AIRPORT |

2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 2:18-cv-02402-SJO-FFM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 4, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*/s/ Brian Clark Ostler*
Brian Clark Ostler