1
2
3
4
5
6
7
8
9
10           IN THE UNITED STATES DISTRICT COURT
11   FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
12

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES INTERNATIONAL AIRPORT,<br><br>　　　　　Defendant. | Case No. 2:19-cv-10371-JAK-PLA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Date:　　　June 8, 2020<br>Time:　　　8:30 a.m.<br>Location:　Courtroom 10B<br>Judge:　　　Hon. John A. Kronstadt |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered Defendant's Motion to Dismiss Plaintiff's Complaint and
2  moving papers submitted by the parties, the Court GRANTS Defendant's Motion.
3  **IT IS SO ORDERED.**
4
5
6  Dated: March 4, 2020
7
8  _____
9  HON. JOHN A. KRONSTADT
   UNITED STATES DISTRICT JUDGE