Sasha G. Rao (SBN 244303)
srao@maynardcooper.com
MAYNARD COOPER & GALE, LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 646-4702

Ashe Puri (SBN 297814)
apuri@maynardcooper.com
MAYNARD COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 596-4344

Joseph V. Saphia
JSaphia@haugpartners.com
Jessica H. Zafonte
JZafonte@haugpartners.com
(admitted *pro hac vice*)
HAUG PARTNERS LLP
745 Fifth Avenue, New York, NY 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

*Attorneys for Plaintiff*
*RSA Protective Technologies, LLC*

Michael N. Feuer, (SBN 111529)
Raymond S. Ilgunas, (SBN 105874)
Brian Clark Ostler, (SBN 185886)
bostler@lawa.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
1 World Way
P.O. Box 92216
Los Angeles, CA 90009
Telephone: (310) 646-5010
Facsimile: (424) 646-9212

Philip H. Lam, (SBN 172428)
phil.lam@lacity.org
Office of the City Attorney Mike Feuer
City of Los Angeles
200 North Main Street, CHE Suite 800
Los Angeles, CA 90012
Telephone: (213) 978-2239
Facsimile: (213) 978-8312

*Attorneys for Defendant*
*LOS ANGELES INTERNATIONAL AIRPORT*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RSA PROTECTIVE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS ANGELES INTERNATIONAL AIRPORT,<br><br>    Defendant. | No.   2:19-cv-10371-JAK-PLA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>District Judge: John A. Kronstadt<br>Magistrate Judge: Paul L. Abrams |

2819414.v1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement between Plaintiff RSA Protective Technologies, LLC ("RSA") and non-party Barrier1 Systems Inc. ("Barrier1"), RSA and Defendant Los Angeles International Airport ("LAX") have agreed to compromise all claims asserted by RSA against LAX as they relate to Barrier1 products in the above-captioned action in accordance with the agreement between RSA and Barrier1 and hereby stipulate to dismissal of this action with prejudice. All costs and expenses relating to these claims asserted by RSA against LAX (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

Dated: January 18, 2021

/s/ Jessica H. Zafonte

Joseph V. Saphia
JSaphia@haugpartners.com
Laura A. Chubb
lchubb@haugpartners.com
Jessica H. Zafonte
JZafonte@haugpartners.com
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

Sasha G. Rao (SBN 244303)
srao@maynardcooper.com
MAYNARD COOPER & GALE, LLP
Two Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 646-4702

Ashe Puri (SBN 297814)
apuri@maynardcooper.com
MAYNARD COOPER & GALE, LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 596-4344

*Attorneys for Plaintiff*
*RSA Protective Technologies, LLC*

2819414.v1

| | |
|---|---|
| 1 | /s/ Brian Clark Ostler * |
| 2 | |
| 3 | Michael N. Feuer, (SBN 111529)<br>Raymond S. Ilgunas, (SBN 105874) |
| 4 | Brian Clark Ostler, (SBN 185886)<br>bostler@lawa.org |
| 5 | 1 World Way<br>P.O. Box 92216 |
| 6 | Los Angeles, CA 90009<br>Tel: (310) 646-5010 |
| 7 | Fax: (424) 646-9212 |
| 8 | Philip H. Lam, (SBN 172428)<br>phil.lam@lacity.org |
| 9 | Office of the City Attorney Mike Feuer<br>City of Los Angeles |
| 10 | 200 North Main Street, CHE Suite 800<br>Los Angeles, CA 90012 |
| 11 | Tel: (213) 978-2239<br>Fax: (213) 978-8312 |
| 12 | |
| 13 | *Attorneys for Defendant LOS ANGELES*<br>*INTERNATIONAL AIRPORT* |

3

2819414.v1

**FILER'S ATTESTATION**

I, Ashe Puri, am the ECF User whose identification and password are being used to electronically file this Joint Stipulation of Dismissal. In accordance with Local Rule 5-4.3.4(a)(2)(i), concurrence in and authorization of the filing of this document has been obtained from the counsel for Defendant, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

/s/ Ashe Puri
Ashe Puri

2819414.v1